IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NATHANIEL J. BROWN,

    Plaintiff,

v.                                    CASE NO. 4:13cv23-RH/CAS

DEPARTMENT OF THE NAVY,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. The recommendation is for dismissal. One ground is the plaintiff's failure to disclose his prior cases. Another ground is that the plaintiff has three or more "strikes" under 28 U.S.C. § 1915(g), has not adequately alleged or shown imminent danger, and thus cannot proceed without paying the filing fee. Each of these would be sufficient standing alone to support dismissal.

The defendant has not filed objections to the report and recommendation. He *has* moved to alter or amend the "judgment." No judgment has been entered; the motion apparently is directed to the report and recommendation. I treat the

motion as an objection to the report and recommendation and therefore review *de novo* the issues raised by the motion. The motion correctly notes that leave to amend a complaint should be freely granted, but that does not mean willfully false representations in the original complaint should be overlooked, and it does not mean a plaintiff should be allowed to proceed in violation of § 1915(g).

For these reasons and those set out in the report and recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion to amend the complaint, ECF No. 5, is DENIED. The motion to alter or amend the judgment, ECF No. 11, is DENIED. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on March 11, 2013.

                                              s/Robert L. Hinkle
                                              United States District Judge